**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re | Case No. 16–32426
Chapter 13

Natalie C. Lewis ,

    Debtor.

**NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE**

The trustee has filed a Notice of Completion of Plan Payments in the above–referenced case. For the case to be discharged, the following must be filed within 30 days of this notice or the case will be closed without discharge.

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☑ **Motion for Entry of Discharge Under § 1328(a).** The motion must substantially conform to Local Form 6a and include all certifications required pursuant to Local Rule 4004–1(a). If the debtor(s) is unable to make all required Local Rule 4004–1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. § 1328(a).

Note: A motion to reopen case will be required for the debtor to receive a discharge after the case has been closed.

Dated May 18, 2021

*Juan–Carlos Guerrero* (signature)

Juan–Carlos Guerrero
Clerk of Court